UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MONTBLANC-SIMPLO GMBH, *Plaintiff*, v. MONTBLANCMAGASIN.COM, et al., *Defendants*. | Civil Action No. 1:13-cv-1215 LMB/TCB |

## AMENDED ORDER

This Order amends this Court's February 4, 2014 order (Dkt. No. 19) granting Plaintiff's Motion of Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2). Pursuant to 28 U.S.C. § 636 the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on December 12, 2013 (Dkt. No. 18). Upon the Plaintiff's motion for entry of default judgment against Defendants, having received no objections to the Report and Recommendations, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. The Motion for Default Judgment is **GRANTED**. Judgment is **ENTERED** in favor of the Plaintiff and against all of the Defendant domain names.

2. It is further **ORDERED** that the domain name registries VeriSign, Inc., Public Interest Registry – both of which are located in this District – are **DIRECTED** to change the registrar of record for the defendant domain names to plaintiff's registrar of choice, Com Laude, and Com Laude is then **DIRECTED** to take the necessary steps to have plaintiff's parent

company, Richemont International, Ltd., or any other entity of plaintiff's choosing, listed as the owner and registrant for each of the defendant domain names.

3. It is further **ORDERED** that plaintiff make a good faith effort to mail copies of this Order to the current registrants at the postal addresses identified in Exhibit 1 of the First Amended Complaint (Dkt. No. 3-1) and the Declaration of Martin B. Schwimmer (Dkt. No. 5-1).

4. The Clerk is **DIRECTED** to enter judgment in accordance with this Order, specifically identifying each of the defendant domain names against which default judgment has been entered pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among ended causes.

5. The Clerk is further **DIRECTED** to send a certified copy of the Order to counsel of record, to VeriSign, Inc., at 21345 Ridgetop Circle, Sterling, Virginia 20166 and to Public Interest Registry, at 1775 Wiehle Avenue, Suite 100, Reston, Virginia 20190.

Dated this 7th day of July, 2014.

/s/
Leonie M. Brinkema
United States District Judge