IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Montblanc-Simplo GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:13cv1215-LMB-TCB |
| | ) |
| Montblancmagasin.com, et al., | ) |
| | ) |
| Defendants. | ) |

FILED
JUL - 7 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AMENDED DEFAULT JUDGMENT

A default having been entered against the defendants' listed below and counsel for the plaintiff having requested judgment against the defaulted defendants', and having filed a proper declaration, and in accordance with the Amended Order of the Honorable United States District Judge Leonie M. Brinkema entered on July 7th, 2014 all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that Default Judgment be and is entered in favor of plaintiff, Montblanc-Simplo GmbH, and against the defendants' as follows:

Montblancmagasin.com
Montblancstylosfr.com
Montblancs-Stylos.com
StylosMontblance.com
Montblancstyloafr.com
Stylomontblancpascherboutique.com
Stylomontblanco-Boutique.com
Stylomontblance-Boutique.com
Stylomontblanceboutique.com
Montblancreduction.com
Stylomontblansco-Boutique.com
Japanmontblancstores.com
Discountmontblancpens4u.com
Montblancpens2sale.com
Montblancpenscheapsale.com
Replicamontblancpens.net
Buymontblancpen.org
Cheapmontblancpenssales.org

Cheapmontblancpensuk.org
Discountmontblancpenssale.org
Fakemontblancpens.net
Fakemontblancpens.org
Fakemontblancpensreplica.com
Meisterstuckmontblanc.org
Montblancboheme.org
Montblancmeisterstuck.net
Montblancpenscheap.net
Montblancpensfake.org
Montblancpensforsaleuk.org
Montblancpensonsale.org
Montblancpensprices.org
Montblancpenswholesale.org
Montblancstarwalker.org
Onlinemontblancpens.org
Penscheapmontblanc.com
Replicamontblancpensuk.org
Salemontblancpens.com
Ukmontblancpens.org
Fakemontblancpensreplica.net
Cheapmontblancpensdiscounts.com
Fakemontblancpenstore.com
Montblancmeisterstuckbest.com
Montblancpens4usale.com
Replicamontblancpens.org
Starwalkermontblanc.com

Dated at Alexandria, Virginia, this 7th day of July, 2014.

FERNANDO GALINDO
CLERK OF COURT

BY: _____
Deputy Clerk