1:13CV1215

VeriSign, Inc.
21345 Ridgetop Circle
Sterling, VA   20166



OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS



RECEIVED
JUL 1 4 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



US POSTAGE

NIXIE        207      5E 1009        8607/11/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC:  22314579899      *0817-01331-11-28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MONTBLANC-SIMPLO GMBH,

    *Plaintiff,*

    v.

MONTBLANCMAGASIN.COM, et al.,

    *Defendants.*

Civil Action No. 1:13-cv-1215 LMB/TCB

## AMENDED ORDER

    This Order amends this Court's February 4, 2014 order (Dkt. No. 19) granting Plaintiff's Motion of Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2). Pursuant to 28 U.S.C. § 636 the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on December 12, 2013 (Dkt. No. 18). Upon the Plaintiff's motion for entry of default judgment against Defendants, having received no objections to the Report and Recommendations, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

    1.    The Motion for Default Judgment is **GRANTED**. Judgment is **ENTERED** in favor of the Plaintiff and against all of the Defendant domain names.

    2.    It is further **ORDERED** that the domain name registries VeriSign, Inc., Public Interest Registry – both of which are located in this District – are **DIRECTED** to change the registrar of record for the defendant domain names to plaintiff's registrar of choice, Com Laude, and Com Laude is then **DIRECTED** to take the necessary steps to have plaintiff's parent

company, Richemont International, Ltd., or any other entity of plaintiff's choosing, listed as the owner and registrant for each of the defendant domain names.

3.      It is further **ORDERED** that plaintiff make a good faith effort to mail copies of this Order to the current registrants at the postal addresses identified in Exhibit 1 of the First Amended Complaint (Dkt. No. 3-1) and the Declaration of Martin B. Schwimmer (Dkt. No. 5-1).

4.      The Clerk is **DIRECTED** to enter judgment in accordance with this Order, specifically identifying each of the defendant domain names against which default judgment has been entered pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among ended causes.

5.      The Clerk is further **DIRECTED** to send a certified copy of the Order to counsel of record, to VeriSign, Inc., at 21345 Ridgetop Circle, Sterling, Virginia 20166 and to Public Interest Registry, at 1775 Wiehle Avenue, Suite 100, Reston, Virginia 20190.

Dated this _7th_ day of July, 2014.

                                                    /s/
                                        Leonie M. Brinkema
                                        United States District Judge

                                        A TRUE COPY, TESTE:
                                        CLERK, U.S. DISTRICT COURT

                                        BY_____
                                                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Montblanc-Simplo GmbH,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)CIVIL ACTION NO. 1:13cv1215-LMB-TCB
　　　　　　　　　　　　　　　　　　　　)
Montblancmagasin.com, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　)

## AMENDED DEFAULT JUDGMENT

　　　A default having been entered against the defendants' listed below and counsel for the plaintiff having requested judgment against the defaulted defendants', and having filed a proper declaration, and in accordance with the Amended Order of the Honorable United States District Judge Leonie M. Brinkema entered on July 7th, 2014 all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

　　　ORDERED and ADJUDGED that Default Judgment be and is entered in favor of plaintiff, Montblanc-Simplo GmbH, and against the defendants' as follows:

Montblancmagasin.com
Montblancstylosfr.com
Montblancs-Stylos.com
StylosMontblance.com
Montblancstyloafr.com
Stylomontblancpascherboutique.com
Stylomontblanco-Boutique.com
Stylomontblance-Boutique.com
Stylomontblanceboutique.com
Montblancreduction.com
Stylomontblansco-Boutique.com
Japanmontblancstores.com
Discountmontblancpens4u.com
Montblancpens2sale.com
Montblancpenscheapsale.com
Replicamontblancpens.net
Buymontblancpen.org
Cheapmontblancpenssales.org

Cheapmontblancpensuk.org
Discountmontblancpenssale.org
Fakemontblancpens.net
Fakemontblancpens.org
Fakemontblancpensreplica.com
Meisterstuckmontblanc.org
Montblancboheme.org
Montblancmeisterstuck.net
Montblancpenscheap.net
Montblancpensfake.org
Montblancpensforsaleuk.org
Montblancpensonsale.org
Montblancpensprices.org
Montblancpenswholesale.org
Montblancstarwalker.org
Onlinemontblancpens.org
Penscheapmontblanc.com
Replicamontblancpensuk.org
Salemontblancpens.com
Ukmontblancpens.org
Fakemontblancpensreplica.net
Cheapmontblancpensdiscounts.com
Fakemontblancpenstore.com
Montblancmeisterstuckbest.com
Montblancpens4usale.com
Replicamontblancpens.org
Starwalkermontblanc.com

Dated at Alexandria, Virginia, this 7th day of July, 2014.

FERNANDO GALINDO
CLERK OF COURT

BY: _____
Deputy Clerk